March 31, 1910.) Action by Frederick W. Wurster and others against the City of New York and others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: First. Can the plaintiffs maintain this action? Second. May the Supreme Court, in its discretion, grant the injunction asked for "pendente lite"? See, also, 120 N. Y. Supp. 1029.

---

In re WYNKOOP. In re CITY CHAMBERLAIN. (Supreme Court, Appellate Division, First Department. April 15, 1910.) In the matter of Agnes L. C. A. Wynkoop. In the matter of the City Chamberlain.

PER CURIAM. There must be an order of reference. Settle order on notice.

---

YAMPOLSKY, Respondent, v. FULTON METAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.)· Action by Leo Yampolsky against the Fulton Metal Company. No opinion. Judgment of the Municipal Court reversed, and action dismissed, with costs of the appeal to the appellant. See, also, 121 N. Y. Supp. 1151.

SCHMITT, Appellant, v. SIMON. Respondent. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Ignatz Schmitt against Kathinka M. Simon.

PER CURIAM. Order reversed, without costs, and motion granted on terms stated in memorandum. In default of compliance, order affirmed, with $10 costs and disbursements. Settle order on notice.

SCOTT, J., dissents.   ·

---

SCHMITT v. SIMON. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Ignatz Schmitt against Kathinka Simon. No opinion. Motion granted, as indicated in memorandum per curiam. Settle order on notice. See, also, supra.

---

TYNDALL v. PINELAWN CEMETERY. (Supreme Court, Appellate Division, First Department. December, 1909.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion.· Motion for stay pending appeal granted. Application to extend time to withdraw demurrer and answer denied. See memorandum per curiam. Settle order on notice. See, also, 134 App. Div. 970, 119 N. Y. Supp. 1148.

END OF CASES IN VOL. 122.

*